RECEIVED
IN LAKE CHARLES, LA
AUG 23 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **BRANDT D. YOES** | : | **DOCKET NO. 05-0736** |
| **VS.** | : | **JUDGE MINALDI** |
| **AETNA LIFE INSURANCE CO., ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that plaintiff's motion to remand, as amended, [doc. #s 8 & 18] be, and it is hereby DENIED.

It is further ORDERED that plaintiff's request for costs and fees, be, and it is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _____ day of _____, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE